UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 10-01952-Civ-Kovachevich/McCoun, III

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

v.

AID ASSOCIATES, INC. D/B/A PLAZA ASSOCIATES,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

1.    Although Defendant has not yet filed an answer and its counsel has not filed an appearance, the parties have reached a partial settlement. Defendant has offered to pay Plaintiff $1,000.00 in damages plus reasonable attorney fees and costs regarding Plaintiff's claim under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and Plaintiff has accepted the offer. The settlement does not apply to Plaintiff's claim under the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA"), however those two claims do not provide for federal question jurisdiction and thus Plaintiff dismisses the FCCPA and TCPA claim without prejudice to be refiled in the appropriate court.

2.    In the event the matter of Plaintiff's attorney fees and costs are not resolved by agreement, Plaintiff will file a motion to reopen the case for the purpose of determining attorney fees and costs. Accordingly, Plaintiff requests the Court enter an

administrative dismissal without prejudice allowing Defendant to forego filing a responsive pleading in this case.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        donyarbrough@mindspring.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 10-01952-Civ-Kovachevich/McCoun, III

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

v.

AID ASSOCIATES, INC. D/B/A PLAZA ASSOCIATES,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on <u>November 2, 2010</u>, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

                                                      <u>s/Donald A. Yarbrough</u>
                                                      Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Mr. William W. Siegel, Esq.
William W. Siegel & Associates, Attorneys at Law, LLC
Suite 1500
7 Penn Plaza
New York, NY 10001
Telephone: 212-330-9658
Facsimile: 212-643-8242

<u>Via US Mail with a courtesy copy via electronic mail</u>

Aid Associates, Inc. D/B/A
Plaza Associates
C/o PAUL BRENNAN
370 Seventh Avenue
New York, New York 10001

<u>Via US Mail</u>